IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                 §        CASE NO. 07-20563
LAB VANTAGE, INC.                      §        CHAPTER 7
                    DEBTOR

## MOTION TO PAY FUNDS IN TO THE REGISTRY UNDER 11 U.S.C. §347 (A)

THE UNDERSIGNED TRUSTEE REPORTS:

___X___        The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_____        More than ninety (90) days have passed since the Final Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____        Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date:    February 14, 2011              /S/MICHAEL B. SCHMIDT
                                        MICHAEL B. SCHMIDT, Trustee
                                        555 N. CARANCAHUA STREET
                                        SUITE 1550
                                        CORPUS CHRISTI TX 78401
                                        (361) 884-9949 Fax: (361) 884-6000

## Certificate of Service

        I certify that on this date, a copy of the foregoing Motion was served electronically and/or mailed to the United States Trustee, Debtor and the Creditor on the 14th day of February, 2011.

                                        /S/MICHAEL B. SCHMIDT
                                        MICHAEL B. SCHMIDT

EXHIBIT A

Please check one:

_____X_____        small dividends

_____        unclaimed dividends

| NAME | CLAIM # | AMOUNT |
| --- | --- | --- |
| Hartford Fire Insurance Co | 9 | $0.45 |
| Siemens Water Technologies Corp | 2 | $1.68 |
| Stericycle | 4 | $2.44 |
| US Department of Health & Human Services | 7 | $2.85 |
| eCAST Settlement Corporation | 8 | $1.58 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: § CASE NO: 07-20563
LAB VANTAGE, INC. § CHAPTER 7
DEBTOR

## <u>ORDER TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §341 (A)</u>

 Came on for consideration, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347 (a), and the court, having considered the motion, is of the opinion that the Motion is will taken and the Court further finding that notice of said Motion is not required, it is therefore.

 ORDERED that MICHAEL B. SCHMIDT, Trustee is authorized to pay the funds in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court in the amount of $9.00 as per Exhibit "A" attached Motion.

Date:

This order is signed for the Court by the Clerk under
Authority of 28 U.S.C. § 956 and General Order 2000-3.

DAVID BRADLEY, CLERK

By: _____
    Deputy Clerk